IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAXINE LESLINE, <br><br> Plaintiff, <br><br> vs. <br><br> HANGER PROSTHETICS & ORTHOTICS EAST, INC., ADVANCED PROSTHETICS CENTER, L.L.C., OTTO BOCK HEALTHCARE, L.P., OTTOBOCK SE & CO. KGAA, and OTTO BOCK HEALTHCARE PRODUCTS GMBH, <br><br> Defendants. | 8:19-CV-363 <br><br><br> **ORDER** |

Pursuant to the status report and unopposed request for additional time to conclude settlement (Filing 18) filed by Plaintiff,

IT IS ORDERED:

1. Plaintiff's unopposed request for additional time to submit a settlement status report is granted;
2. On or before **February 7, 2020**, the parties shall electronically file their joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case; and
3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 22nd day of January, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge